## THOS. BARDSLEY v. MARY BARDSLEY.

**Divorce—Attorney's Fees.**

> The attorney for the wife in a divorce proceeding must look to his client for his compensation, where it is shown she has property sufficient to pay such compensation, and is not entitled to an order directing the husband to pay the same.

### APPEAL FROM CAMPBELL CHANCERY COURT.

### January 13, 1877.

OPINION BY JUDGE PRYOR:

It is not necessary to determine whether an allowance could be properly made an attorney for the wife, long after the services had been rendered and the case disposed of, so far as the divorce was concerned, by a final judgment. It appears in this case that the wife was in fault, the petition dismissed, and that she owned or had an interest in a house and lot of the value of three thousand dollars. Her mother had only a dower interest in the property, and the extent and value of Mrs. Bardsley's interest was of sufficient value to require the attorney to look in that direction for his fee.

Judgment *reversed* and cause remanded for further proceedings consistent with this opinion..

*F. M. Webster, for appellant.*